UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**SHAWN JOSEPH QUINN**,

Debtor.

Case No. **12-61339-13**

# O R D E R

At Butte in said District this 7th day of December, 2012.

Upon review of the Stipulation filed November 19, 2012, between Debtor and Claimant Lynette Mortimer ("Mortimer"), and motion to settle filed on November 19, 2012, and no objection thereto and request for hearing having been filed after notice, the Court finds that the Stipulation is fair and equitable and satisfies F.R.B.P. 9019(a). Accordingly,

**IT IS ORDERED** the Debtor's motion to settle Mortimer Claim filed on November 19, 2012, is granted; the Stipulation Resolving Mortimer Claim between Debtor and Mortimer filed November 19, 2012, is **APPROVED**; and the parties thereto shall henceforth be bound by and shall perform according to the terms and conditions of the approved Stipulation (Docket No. 26).

BY THE COURT

*/s/ Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana